FILED

JUL 29 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RAUL QUIROZ (3),<br><br>　　　　　　　Defendant. | Criminal Case No. 97CR1007-H<br><br>JUDGMENT AND ORDER OF DISMISSAL |

GOOD CAUSE APPEARING and upon the motion of the Government, IT IS HEREBY ORDERED that the Superseding Indictment in the above entitled case against defendant Raul Quiroz is **dismissed without prejudice**. The defendant is hereby discharged and the arrest warrant is hereby recalled.

IT IS SO ORDERED.

Dated: 7/29/13

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　MARILYN L. HUFF, U.S. District Judge
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT